# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 7:18 mj 1492 |
| Rosendo Elias LEIJA, Jr ) | |
| *Defendant(s)* ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 22, 2018 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

*Code Section* | *Offense Description*
---|---
Title 21, United States Code, Sections 841, 846, & 952 | Knowingly and intentionally import, possess, and conspire to possess with intent to distribute approximately 3.53 kilograms of Cocaine, a Schedule II Controlled Substance, into the United States from the Republic of Mexico.

This criminal complaint is based on these facts:

On July 22, 2018, Homeland Security Investigations Special Agents, responded to the Donna International Port of Entry in Donna, Texas in reference to a narcotics seizure. Rosendo Elias LEIJA Jr, attempted entry into the United States as the driver and sole occupant of a grey Ford Fusion, Texas license plates KJG2199. At primary inspection, US Customs and Border Protection Officers (CBPOs) referred LEIJA into secondary inspection. At secondary inspection, CBPOs discovered three bundles concealed inside a compartment in the engine area of the vehicle with a combined weight of approximately 3.53 kilograms. The bundles were found to contain a substance that tested positive for the properties of cocaine.

☐ Continued on the attached sheet.

Approved by: Leo J. Leo, IV

*Complainant's Signature*

Christopher Weber   Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

7/23/18 @ 7:59 a.m.
Date

*Judge's signature*

McAllen, Texas
*City and State*

Juan F. Alanis   U.S. Magistrate Judge
*Printed name and title*